UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

   Carol Brazieka,   Case No. 16-48508-MBM
                                  Chapter 13
                      Debtor.  /   Hon. Marci B. McIvor

Audrey Vizachero,

       Plaintiff,

vs.   Adv. Pro. No. 16-04839

Carol Brazieka,

       Defendant.  /

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the Opinion Granting Plaintiff's Motion for Summary Judgment simultaneously filed in the above captioned matter;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is entitled to a non-dischargeable judgment against Defendant in the amount of $330,000.00 pursuant to 11 U.S.C. § 523(a)(2)(A).

Signed on March 01, 2017

                                            /s/ Marci B. McIvor
                                           Marci B. McIvor
                                           United States Bankruptcy Judge